Form:nthrgBK

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 19−47880−pjs
Chapter: 7
Judge: Phillip J Shefferly

In Re: (NAME OF DEBTOR(S))
   Stephanie Lenette Griffin
   18304 Winterset Drive
   Southfield, MI 48076

Social Security No.:
   xxx−xx−7913

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*16* − Corrected Reaffirmation Agreement Between Debtor and Credit Union One Re:2014 Dodge Journey with Declaration of Attorney and Cover Sheet Filed by Creditor Credit Union One. (Frank, Christopher)

will be held on: 8/5/19 at 11:00 AM at Courtroom 1975, 211 West Fort Street Bldg., ACROSS THE STREET FROM FEDERAL BUILDING, Detroit, MI 48226

Dated: 7/15/19

                BY THE COURT

                Katherine B. Gullo, Clerk of Court
                U.S. Bankruptcy Court